STATE OF NEW JERSEY v. EDWARD LEE MC CALL.

March 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. LARRY STUART.

March 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. KLAUSDIETER SCOTT.

March 11, 1975. Petition for certification denied.

DOROTHY A. DAVIS v. DAVID SPITALNICK.

March 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. MODESTO NAVARRO.

March 11, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL REED.

March 11, 1975. Petition for certification denied.